UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Zachary James Catlin, | File No. 21-cv-728 (ECT/KMM) |
| Plaintiff, | |
| v. | |
| Eric Heck, Litchfield Police Officer; Brandon Nadeau, Litchfield Police Officer; Unknown Meeker County Sheriff; Jon Agre, Meeker County Sheriff's Office Deputy; Unknown Kandiyohi County Sheriff; Sean Swanson, Kandiyohi County Sheriff's Office K-9 Deputy; Unknown Officer John Doe; and Unknown Officer Jane Doe, | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

---

Magistrate Judge Katherine Menendez issued a Report and Recommendation on April 29, 2021.  ECF No. 5.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A;

3. Plaintiff's Motion to Appoint Counsel [ECF No. 3] is **DENIED WITHOUT PREJUDICE**; and

4. Plaintiff's Application to Proceed in District Court Without Prepaying Fees [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 9, 2021                s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court